1    GLENN B. McCORMACK
      Acting United States Attorney
2    District of Arizona
      RENDA C. MAGINNIS
3    Assistant United States Attorney
      United States Courthouse
4    405 W. Congress Street, Suite 4800
      Tucson, Arizona 85701
5    Telephone: 520-620-7300
      Email: renda.maginnis@usdoj.gov
6    Attorneys for Plaintiff

```
                           FILED _____    LODGED _____
                           RECEIVED _____   COPY _____

                              JUN 2 5 2021

                        CLERK U S  DISTRICT COURT
                           DISTRICT OF ARIZONA
                     BY _____ DEPUTY
```

7

          IN THE UNITED STATES DISTRICT COURT

8             FOR THE DISTRICT OF ARIZONA

9    United States of America,

10            Plaintiff,

11

12     vs.

13    Nellie Jo David,

           Defendant.

Case No: 20-mj-08905-N/A-DTF

PLEA AGREEMENT

14

15      The United States of America and the defendant hereby agree to resolve this matter

16 on the following terms and conditions:

17                      **PLEA**

18      The defendant will plead guilty to Violation of Code of Federal Regulations 36 CFR

19 2.32(a)(2) and 36 CFR 1.5(f), as charged in the complaint.

20   **I.**    **MAXIMUM PENALTIES**

21      A violation of 36 CFR 2.32(a)(2) and 36 CFR 1.5(f) is punishable by a fine and/or

22 prison of up to 6 months. 18 U.S.C. §1865.

23   **II.**    **AGREEMENTS REGARDING SENTENCING**

24      Pursuant to Rule 11(c)(1), Fed. R. Crim. P., the government and defendant stipulate

25 and agree that the following is an appropriate disposition of this case:

26      a.    Defendant to pay a fine of $200.

27   **III.**   **WAIVER OF DEFENSES AND APPEAL RIGHTS**

28      The defendant waives any and all motions, defenses, probable cause determinations,

and objections that the defendant could assert to the complaint, information, or indictment, or to the petition to revoke, or to the Court's entry of judgment against the defendant and imposition of sentence upon the defendant. The defendant further waives: (1) any right to appeal the Court's entry of judgment against defendant; (2) any right to appeal the imposition of sentence upon defendant under 18 U.S.C. § 3742 (sentence appeals); (3) any right to collaterally attack defendant's conviction and sentence under 28 U.S.C. § 2255, or any other collateral attack; and (4) any right to file a motion for modification of sentence, including under 18 U.S.C. § 3582(c). The defendant acknowledges that this waiver shall result in the dismissal of any appeal or collateral attack the defendant might file challenging his/her conviction or sentence in this case. If the defendant files a notice of appeal or a habeas petition, notwithstanding this agreement, defendant agrees that this case shall, upon motion of the government, be remanded to the district court to determine whether defendant is in breach of this agreement and, if so, to permit the government to withdraw from the plea agreement. This waiver shall not be construed to bar a claim of ineffective assistance of counsel or an otherwise-preserved claim of "prosecutorial misconduct" (as that term is defined by Section II.B of Ariz. Ethics Op. 15-01 (2015)).

## IV.   REINSTITUTION OF PROSECUTION

If the defendant's guilty plea is rejected, withdrawn, vacated, or reversed by any court in a later proceeding, the government will be free to prosecute the defendant for all charges and/or allegations of supervised release / probation violations as to which it has knowledge, and any charges and/or allegations of supervised release / probation violations that have been dismissed or not alleged under the terms of this plea agreement. In such event, the defendant waives any objections, motions, or defenses based upon the Speedy Trial Act or the Sixth Amendment to the Constitution as to the delay occasioned by the later proceedings.

## V.   DISCLOSURE OF INFORMATION

A.   The United States retains the unrestricted right to provide information and make any and all statements it deems appropriate to the Probation Office and to the Court

1   in connection with the case.

2        B.    The defendant shall cooperate fully with the U.S. Probation Office.  Such

3   cooperation shall include providing complete and truthful responses to questions posed by

4   the Probation Office including, but not limited to, questions relating to:

5           1.    Criminal convictions, history of drug abuse and mental illness; and

6           2.    Financial information, including present financial assets or liabilities

7   that relate to the ability of the defendant to pay a fine.

8   **IX.   EFFECT ON OTHER PROCEEDINGS**

9        This agreement does not preclude the United States from instituting any civil or

10  administrative proceedings as may be appropriate now or in the future.

11            **DEFENDANT'S APPROVAL AND ACCEPTANCE**

12       I have read the entire plea agreement with the assistance of counsel and understand

13  each of its provisions.

14       I have discussed the case and my constitutional and other rights with my attorney.

15  I understand that by entering my plea of guilty I shall waive my rights: to plead not guilty;

16  to trial by United States Magistrate; to confront, cross-examine, and compel the attendance

17  of witnesses; to present evidence in my defense; to remain silent and refuse to be a witness

18  against myself by asserting my privilege against self-incrimination; and to be presumed

19  innocent until proven guilty; and to appeal or otherwise challenge my conviction and

20  sentence.

21       I agree to enter my guilty plea as indicated above on the terms and conditions set

22  forth in this agreement.

23       I have been advised by my attorney of the nature of the charges to which I am

24  entering my guilty plea.

25       My guilty plea is not the result of force, threats, assurances, or promises other than

26  the promises contained in this agreement.  I agree to the provisions of this agreement as a

27  voluntary act on my part and I agree to be bound according to its provisions.

28       I agree that this written plea agreement contains all the terms and conditions of my

1    plea and that promises made by anyone (including my attorney) that are not contained
2    within this written plea agreement are without force and effect and are null and void.
3         I am satisfied that my defense attorney has represented me in a competent manner.
4         I am fully capable of understanding the terms and conditions of this plea agreement.
5    I am not now using or under the influence of any drug, medication, liquor, or other
6    intoxicant or depressant that would impair my ability to fully understand the terms and
7    conditions of this plea agreement.

8

9                    **Factual Basis and Relevant Conduct**

10        I further agree that the following facts accurately describe my conduct in
11    connection with the offense to which I am pleading guilty and that if this matter
12    were to proceed to trial the government could prove the elements of the offense
13    beyond a reasonable doubt:
14        On or about September 13, 2020, at or near Organ Pipe National Monument,
15    in the District of Arizona, Nellie Jo David intentionally interfered with a
16    government employee or agent engaged in an official duty, by sitting on or in
17    construction heavy equipment near Quitobaquito springs. David was refusing to
18    leave and preventing construction work from continuing. The area was subject to a
19    temporary closure order on September 13, 2020. David was present in violation of
20    that order.
21        I have read this agreement and I have carefully reviewed every part of it with my
22    attorney. I understand it, and I voluntarily agree to it.

23

24    _____      _____
     Date                         Nellie Jo David
25                                Defendant
26    ///
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### DEFENSE ATTORNEY'S APPROVAL

I have discussed this case and the plea agreement with my client in detail and have advised the defendant of all matters within the scope of Fed. R. Crim. P. 11, the constitutional and other rights of an accused, the factual basis for and the nature of the offense to which the guilty plea will be entered, possible defenses, the consequences of the guilty plea (including the maximum statutory sentence possible), and that the defendant is waiving the right to appeal or otherwise challenge the conviction and sentence. No assurances, promises, or representations that are not contained in this written agreement have been given to me or to the defendant by the United States or any of its representatives. I have concluded that the entry of the plea as indicated above on the terms and conditions set forth in this agreement are in the best interests of my client. I agree to make a bona fide effort to ensure that the guilty plea is entered in accordance with all the requirements of Fed. R. Crim. P. 11.

Date

Paul Gattone
Attorney for Defendant

### UNITED STATES' APPROVAL

I have reviewed this matter and the plea agreement. I agree on behalf of the United States that the terms and conditions set forth are appropriate and are in the best interests of justice.

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

RENDA
MAGINNIS

Digitally signed by RENDA
MAGINNIS
Date: 2021.06.22 08:43:15
-07'00'

Date

RENDA C. MAGINNIS
Assistant United States Attorney

- 5 -